IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHARLES STUART SANTIFER                                                                 PLAINTIFF

v.                                      Case No. 6:23-cv-06118

PILOT TRAVEL CENTERS, LLC                                                              DEFENDANT

**ORDER**

      Before the Court is a Stipulation of Dismissal with Prejudice. (ECF No. 14).  The parties stipulate that all claims asserted in this matter should be dismissed with prejudice.  An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii).  "Caselaw concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval."  *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984). The instant stipulation of dismissal is signed by both Plaintiff and Defendant.  Thus, all claims in this matter were effectively dismissed when the parties filed the instant stipulation.  However, this order issues for purposes of maintaining the docket.  Accordingly, this case is hereby **DISMISSED WITH PREJUDICE**.

      **IT IS SO ORDERED**, this 5th day of November, 2024.

      /s/ Susan O. Hickey
      Susan O. Hickey
      Chief United States District Judge